Adrianna Potts
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
Billings, MT 59101
Main: 406-252-3441
Fax: 406-259-4159
E-Mail: apotts@crowleyfleck.com
Attorney for Defendant Federal Express Corporation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **LANCE BROADBENT,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**FEDERAL EXPRESS CORPORATION,**<br><br>**Defendant.** | Case No.:<br><br>**NOTICE OF REMOVAL OF CIVIL ACT UNDER 28 U.S.C. §§ 1332 [DIVERSITY], and 28 U.S.C. §1441** |

Defendant, FEDERAL EXPRESS CORPORATION ("Defendant"), by and through its undersigned counsel, respectfully gives notice to Cascade County District Court, Montana Eighth Judicial District, as follows:

1. Defendant has filed a Notice of Removal with the United States District court for the District of Montana, Great Falls Division. A copy of the Notice of Removal is attached hereto as Exhibit "A."

2. Pursuant to the Provisions of 28 U.S.C. § 1446, the filing of the Notice of Removal by Defendant in United States District Court for the

District Court of Montana effects the removal of this action from this court's jurisdiction, and this court "shall proceed no further unless and until the case is remanded" by the federal court. 28 U.S.C. § 1446.

DATED: May 27, 2021

*By: /s/Adrianna Potts*
Adrianna Potts
Crowley Fleck
490 North 31st Street, #500
Billings, MT 59101
(406) 252-3441
apotts@crowleyfleck.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing via this Court's ECF filing system on this 27th day of May, 2021 to the following address:

Mr. Daniel Flaherty
Flaherty Gallardo Lawyers
1026 First Avenue South
PO Box 1968
Great Falls, MT 59403
O: (406) 727-8494
F: (406) 727-8537
Email: daniel@flahertylawyers.com

*/s/ Adrianna Potts*
Adrianna Potts, Esq.
